AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States Courts
Southern District of Texas
FILED
*September 03, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
**Wilmer Ivan Rodriguez**

## CRIMINAL COMPLAINT

Case Number: M-24-1516-M

**IAE**   YOB: **1979**
**Honduras**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **September 2, 2024** in **Hidalgo** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Wilmer Ivan Rodriguez was encountered by Border Patrol Agents near La Joya, Texas, on September 2, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 2, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 16, 2024, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 21, 2024, the Defendant was convicted of Violation of Protective Order, and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA A. Parcell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

**September 3, 2024** at 5:30 p.m.

/s/   **Israel Perez**
Signature of Complainant

**Israel Perez**   **Border Patrol Agent**

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer